## IN RE GENERAL MOTORS COMPANY DERIVATIVE LITIGATION

### No. 392, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016

Decided: February 11, 2016

AFFIRMED.

## Anthony CHEWNING and Edith Chewning, Defendants Below– Appellants,

v.

JPMORGAN CHASE BANK, National Association Assignee of Deutsche Bank National Trust Company f/k/a Banker's Trust Company of California, N.A. as Trustee, Plaintiffs Below– Appellees.

### No. 203, 2015

Supreme Court of Delaware.

Submitted: January 7, 2016 [1]
Decided: February 11, 2016
Corrected: February 11, 2016

AFFIRMED.